UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter 11 |
| SAGECREST II LLC | Case No. 08-50754 |
| SAGECREST FINANCE, LLC | 08-50755 |
| SAGECREST HOLDINGS LIMITED | 08-50763 |
| Debtor | Jointly Administered |

**ORDER DENYING**

The motion to show cause as to why the scope of special counsel Kelly Drye & Warren's employment should not be clarified upon temporary stay of the New York State Court litigation and why this case should not subject to a scheduling order filed by Art Capital Group, Inc., ACG Credit Company II, LLC, ACG Credit Company, LLC, ACG Finance Company, LLC, Art Capital Group LLC, Fine Art Financing, LLC and Ian Peck having come before the court for a hearing on March 17, 2009; it is

ORDERED that the motion is DENIED for the reasons set forth on the record at the hearing held on March 17, 2009.

Dated at Bridgeport this 18th day of March 2009.

BY THE COURT

Alan H. W. Shiff
United States Bankruptcy Judge