**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

Case No.: 08−50754
Chapter: 11

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SageCrest II LLC               SageCrest Finance LLC
Three Pickwick Plaza           Three Pickwick Plaza
Suite 400                      Suite 400
Greenwich, CT 06830            Greenwich, CT 06830

Social Security No:
Employer Tax I.D. No.: 01−0683535

ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

**To the debtor, creditors, and other parties in interest:**

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code was filed by SageCrest II, LLC, SageCrest Finance, LLC, SageCrest Holdings, LLC, SageCrest Disxon, Inc., Debtors and Official Committee of Equity Security Holders of SageCrest II, LLC and SageCrest Finance LLC on 8/9/10 .

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**
1. The hearing to consider approval of the disclosure statement will be held at the following place and time:

_____

915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604

on 9/28/10 at 10:00 AM

_____

2. The following date is fixed for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to disclosure statement:

Date: 9/23/10

3. Within 5 days after entry of this order, the disclosure statement and plan shall be distributed by the plan proponent in accordance with Federal Rules of Procedure 3017(a).

4. Request copies of the disclosure statement and plan should be directed to:

Name and Address of Plan Proponent

_____
SageCrest II, LLC et. al
Douglas J Buncher
Neligan Foley LLP
325 N. St. Paul
Suite 3600
Dallas, TX 7520

_____

Date:
8/19/10

United States Bankruptcy Judge