-1-

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | X | CHAPTER 11 |
| | ) | |
| SAGECREST II LLC | ) | **CASE. NO. 08-50754 (AHWS)** |
| SAGECREST FINANCE LLC | ) | **CASE. NO. 08-50755 (AHWS)** |
| SAGEHOLDINGS LIMITED | ) | **CASE. NO. 08-50763 (AHWS)** |
| SAGECREST DIXON INC., | ) | **CASE. NO. 08-50844 (AHWS** |
| | ) | |
| DEBTORS. | ) | **JOINTLY ADMINISTERED** |
| | ) | *CASE NO. 08-50754 (AHWS)* |
| | ) | |
| | X | |

## ORDER GRANTING AMENDED MOTION FOR PERMISSION
## TO WITHDRAW APPEARANCES OF ATTORNEYS

Upon consideration of the amended motion (the "Motion to Withdraw") of Elizabeth J. Austin, Esq. ("Austin") and Jessica Grossarth ("Grossarth") of the firm of Pullman & Comley, LLC ("P&C") and P&C (the "Movants"), for permission to withdraw appearances for and representation of ACG Credit Company, LLC, ACG Credit Company II, LLC, Art Capital Group, LLC, ACG Finance Company, LLC, Fine Art Finance, LLC and Ian Peck (the "ACG Parties") in connection with In re SageCrest II, LLC, et al v. Ian S. Peck, Case No. 08-50754 (AHWS) in the United States Bankruptcy Court for the District of Connecticut, and due notice of the Amended Motion to Withdraw and hearing thereon having been given, and it appearing that compliance with Local District Court Rule 7(e) has been made, and good cause appearing therefor, it is hereby

**ORDERED**, that the Amended Motion to Withdraw is granted in all respects and the Movants are hereby granted leave to withdraw appearances for and representation of the ACG Parties in the SageCrest Bankruptcy.

Dated: December 26, 2012                                By the court

                                                        Alan H. W. Shiff
                                                        United States Bankruptcy Judge

ACTIVE/73355.1/EA/3926487v1