UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>SageCrest II LLC<br>SageCrest Finance LLC<br>SageCrest Holdings Ltd.<br><br>Debtors<br><br>SageCrest II LLC<br>SageCrest Finance LLC<br>SageCrest Holdings Ltd.<br><br>Movants<br><br>v.<br><br>Equal Overseas Consulting Ltd.<br><br>Respondent | Chapter 11<br><br>Case No. 08-50754<br><br>Contested Matter<br>Re: Docket Nos. 1909, 2023, 2029, 2133, 2136, 2137, 2167, 2168, 2169, 2221, 2225, 2226, 2254, 2255, 2284, 2298, 2299, 2300, 2316, 2344, 2346, 2347, 2349, 2357, 2358, 2411<br><br>TRIAL DATE: July 15, 2014 |

### CLAIMANT'S RULE 44.1 SUBMISSION

Respondent/Claimant, Equal Overseas Consulting Ltd. ("Claimant") hereby submits the attached Fed. R. Civ. P. 44.1 Reports of Robert Kwinter and Steven Weisz Regarding Canadian Law Issues.

Dated: June 27, 2014

COAN, LEWENDON, GULLIVER & MILTENBERGER LLC
Connecticut Counsel for Equal Overseas Consulting Ltd.
495 Orange Street
New Haven, CT  06511
(203) 624-4756

By:   Timothy D. Miltenberger, Esq.

GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLC
Attorneys for Equal Overseas Consulting Ltd.
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

By:   Kevin J. Nash, Esq.
      J. Ted Donovan, Esq.